# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 5, 2024

_____

DOCKET CORRECTION NOTICE

_____

No. 24-4102, <u>US v. Conor Fitzpatrick</u>
1:23-cr-00119-LMB-1

TO: Peter Katz

FILING CORRECTION DUE: March 8, 2024

Please make the correction identified below and file a corrected document by the date indicated.

| |
|---|
| [X] Document was illegible, incomplete, or incorrect. Please correct as described and refile: [**Please refile the appearance form and upload the proper form (not the status of counsel form)**]. |
| [ ] Incorrect event used. Please refile document using [_____]. |
| [ ] Incorrect filer selected. Please refile document, selecting correct filer. |
| [ ] PDF file is incompatible with CM/ECF. Please correct and refile the document. |
| [ ] Brief is not text-searchable. Please refile brief as a text-searchable PDF. |
| [ ] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document. |
| [ ] CD/DVD(s) submitted requires special software for viewing. Re-submit CD/DVD(s) with files accessible from Windows Media Player, Real Player, Adobe Acrobat or Microsoft Office. |
| [ ] The court will enter an appearance only for counsel who are members in good standing of the court's bar. To apply for membership, submit an **application for admission** to practice. |
| [ ] Document requires signature. Please sign and refile the document. |

[ ] The entry "administrative record adopted" must be docketed in this case.

[ ] Other: Please correct as described and refile: [_____].

Tony Webb, Deputy Clerk
804-916-2702