# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 5, 2024

_____

AMENDED DOCKET CORRECTION NOTICE
_____

No. 24-4102,    <u>US v. Conor Fitzpatrick</u>
                1:23-cr-00119-LMB-1

TO:    Conor Brian Fitzpatrick

FILING CORRECTION DUE:  March 8, 2024

Please make the filing correction identified below by the date indicated.

[✓] Incorrect event used. Please refile document using [<u>Status of counsel form/waiver</u>].


------------------------------------------
Amy L. Carlheim, Deputy Clerk for/
Marcy E. Beall, Deputy Clerk
804-916-2702