# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## STATUS OF COUNSEL FORM

No. 24-4102,   <u>US v. Conor Fitzpatrick</u>
             1:23-cr-00119-LMB-1

I make the following election with respect to counsel for appeal (please check one):

1. [ ] I have filed a financial affidavit and a motion for appointment of counsel.

2. [ ] I do not desire an attorney to represent me in the above case now pending in the United States Court of Appeals.

3. [ ] I have previously qualified to proceed as an indigent in this case and request appointment of counsel.

4. [X] I have arranged to be represented in this case by counsel whose name, address, and phone number are:

LAW OFFICES OF PETER KATZ LLC
116 VILLAGE BLVD. 2ND FLOOR
PRINCETON, NJ 08540

Date: 2/27/24

Signature: Conor Fitzpatrick