UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Fourth Circuit No. **24-4102**    District Court No. **1:23-CR-00119-LMB-1**

Style of Case **UNITED STATES vs. CONOR BRIAN FITZPATRICK**

### CERTIFICATION OF FILING OF TRANSCRIPT/SANCTIONS

Please check which proceedings were filed and provide the hearing date:

| PROCEEDING | HEARING DATES |
|---|---|
| ___ Voir Dire | |
| ___ Opening Statement (Plaintiff) | |
| ___ Opening Statement (Defendant) | |
| ___ Closing Argument (Plaintiff) | |
| ___ Closing Argument (Defendant) | |
| ___ Opinion of Court | |
| ___ Jury Instructions | |
| ___ Sentencing | |
| ___ Bail Hearing | |
| ___ Pre-Trial Proceedings (specify) | |
| ___ Testimony (specify) | |
| [X] Other | PLEA - 7/13/23 |

Please check appropriate boxes below:
    I hereby certify that

    [X]    The transcript was timely filed on **4/24/24**.

    [ ]    A fee reduction sanction of ____ percent of the total cost of the transcript has / will be taken.

    [ ]    Does this satisfy all appellate orders for this reporter? **YES**

*REBECCA STONESTREET*
Court Reporter
*Rebecca Stonestreet*

Please submit the completed form in PDF format to 4cca-Transcripts@ca4.uscourts.gov for review and filing.

09/20/2023 CAD