FILED: July 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4102
(1:23-cr-00119-LMB-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

CONOR BRIAN FITZPATRICK

Defendant - Appellee

_____

O R D E R

_____

Upon consideration of appellee's motion to reconsider the June 20, 2024, order, and appellant's motion to expedite ruling on the motion to reconsider, the court denies the motions.

For the Court

/s/ Nwamaka Anowi, Clerk