**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 8, 2024

_____

DOCKET CORRECTION NOTICE
_____

No. 24-4102,   US v. Conor Fitzpatrick
1:23-cr-00119-LMB-1

TO:     United States of America

PAPER BRIEF OR JOINT APPENDIX CORRECTION DUE:  August 14, 2024

Please make the correction identified below and file a corrected document by the due date indicated.

[ XX ] PAPER BRIEF FORMAT INSUFFICIENT BECAUSE (FRAP 32): .
Improper cover color, cover should be:
- BLUE for the opening brief
- WHITE for the joint appendix

Rachel Phillips, Deputy Clerk
804-916-2702