IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | No. 24-4102 |
| | ) | |
| CONOR BRIAN FITZPATRICK, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

## Defendant-Appellee's Unopposed Motion for an Extension of Time to File His Responding Brief

The defendant's response brief in this matter is currently due on August 19, 2024 after the government's opening brief due date was adjourned twice. We respectfully move this Court for a 21-day extension, until September 9, 2024, to file our response brief. We have consulted with the government, which does not oppose this request.

The defendant has not previously sought an extension in this case. The defendant is proceeding diligently in preparing his response brief but believes that an extension is warranted. In recent weeks, counsel has had commitments and deadlines in other matters, in addition to travel.

Given this recent activity, as well as other obligations, an extension of the filing deadline would assist the defendant in preparing its response brief in this matter. Therefore, the defendant requests a 21-day extension, until September 9, 2024, to file his response brief.

Respectfully submitted,



Peter Katz, Esq.
Law Offices of Peter Katz, LLC
116 Village Blvd., 2nd Floor
Princeton, NJ 08540
(609) 734-4380
peter@pkatzlegal.com