# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

| |
|---|
| This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form. |
| Case Number: 24-4102   Date of Oral Argument: 10/29/24 |
| Caption: USA v. Conor Fitzpatrick |
| Attorney Arguing: Andrew Frisch |
| Arguing on Behalf of (party name): Conor Fitzpatrick |
| Select party type: ☐Appellant ☒Appellee ☐Appellant/Cross-Appellee ☐Appellee/Cross-Appellant ☐Amicus ☐Intervenor |
| Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case: |
| **Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
  →20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
  →15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
  →Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes) |
| First Attorney Arguing Per Side: Andrew Frisch
Phone Number (day of argument): 917-826-4668

Principal Argument Time: 20       Rebuttal Argument Time (if any):
(for appellants and appellees)       (appellants and cross-appellants only) |
| Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:       Rebuttal Argument Time (if any):
(for appellants and appellees)       (appellants and cross-appellants only) |
| Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:        Select one of the following: ☐ Order allowing argument time
                                                  ☐ Court-Appointed Amicus |
| Signature: /s/ Andrew Frisch        Date: 09/03/24 |

03/08/2022 SCC