**Prepared by PrintingHouse Press, Ltd. 10 East 39th Street, New York, NY 10016**

**Tel No: (212) 719-0990 Fax No: (212) 398-9253**

STATE OF NEW YORK         )
COUNTY OF NEW YORK   ) SS

James Pacheco, Being duly sworn, deposes and says that deponent is not party to the action, and is over 18 years of age.

That on 9/9/2024 deponent caused to be served 2 copy(s) of the within

**Appellant's Brief (SEALED)**

upon the attorneys at the address below, and by the following method:

**By Overnight Delivery**

**Joseph Attias, AUSA**
**Eastern District of Virginia**
**Justin W. Williams United States Attorneys' Building**
**2100 Jamieson Avenue**
**Alexandria, VA 22314**

*[signature: Kevin Ayala]*

**Sworn to me this**
Monday, September 9, 2024

KEVIN AYALA
Notary Public, State of New York
No. 01AY6207038
Qualified in New York County
Commission Expires 7/13/2025

Case Name: US v. Conor Fitzpatrick

Docket/Case No: 24-4102

Index: 1:23-cr-00119-LMB-1

*[signature: James Pacheco]*