UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4102
(1:23-cr-00119-LMB-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

CONOR BRIAN FITZPATRICK

    Defendant - Appellee

_____

O R D E R
_____

Upon consideration of appellant's motion for an extension of filing time for the reply brief, the court grants the motion and extends the deadline for filing the reply brief to September 23, 2024.

    For the Court

    /s/ Nwamaka Anowi, Clerk