UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4102
(1:23-cr-00119-LMB-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

CONOR BRIAN FITZPATRICK

    Defendant - Appellee

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court seals the reply brief.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk