# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 3, 2024

_____

## SECOND COPY FOLLOW-UP NOTICE
_____

No. 24-4102,  US v. Conor Fitzpatrick
1:23-cr-00119-LMB-1

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 10/07/2024**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Sealed Reply Brief | 4 | US |
| Reply Brief | 4 | US |

/s/ NWAMAKA ANOWI, CLERK